| | |
|---|---|
| 1 | **RICHARD J. REYNOLDS**   STATE BAR NO. 89911 |
|   | **ELIZABETH L. DOLAN**   STATE BAR NO. 241376 |
| 2 | **TURNER, REYNOLDS, GRECO & O'HARA** |
|   | A Law Corporation |
| 3 | 16485 Laguna Canyon Road, Suite 250   JS - 6 |
|   | Irvine, California 92618-3837 |
| 4 | Telephone:  949 474-6900 |
|   | Facsimile:  949 474-6907 |
| 5 | E-Mail:     rreynolds@trlawyers.com |
|   |             edolan@trlawyers.com |

**Attorneys for** Defendant, MTC FINANCIAL, INC. DBA TRUSTEE CORPS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM A. GOLD, | CASE NO. SACV 09-276 AG(ANx) |
|   Plaintiff, | **ORDER GRANTING DISMISSAL AND REMAND** |
| vs. | |
| MTC FINANCIAL, INC. dba Trustee Corps, A California Corp.; Tammy Levu, John D. Manley, and Laura Stewart, individuals; First American Title Insurance Company, a business entity, Washington Mutual Bank FA, a corporation necessarily joined; and DOES 2 through 50, inclusive; | OCSC Case No: 30-2009/00118547 |
|   Defendants. | |

Based on the Stipulation of the Parties, IT IS HEREBY ORDERED that:

1. This action is hereby dismissed in its entirety as to JOHN D. MANLEY, without prejudice and that the Court may enter such an order of dismissal.

2. The Second Cause of Action is Dismissed in its entirety with prejudice as to all Defendants. The Second Cause of Action consists of the following Counts:

/ / /

---

853516.218

00241254.WPD; 1

1

ORDER

      a.    Count I, for Negligence Per Se Violation of Civil Code §§ 2924 et seq. and 2934(d).

      b.    Count II, for Negligence Per Se Violation of Civil Code §§ 2023.5.

      c.    Count III, for Negligence Per Se Violations of HOEPA.

      d.    Count IV, for Negligence Per Se Violations of RICO.

3.    Plaintiff agrees not to re-file these causes of action in State Court.

4.    Plaintiff's objection to TRUSTEE CORPS' Declaration of Non-Monetary Status of Foreclosure Trustee is deemed withdrawan.

5.    This Court no longer has subject matter jurisdiction and this case is remanded back to the Orange County Superior Court, under Case No. 2009 00118547.

Dated:    April 10, 2009

*[signature]*
Judge of the United States District Court
Central District of California, Southern Division

853516.218
00241254.WPD; 1

2
ORDER